# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                       CASE NO.  3:96cr57/RV

CHARLES HARRISON

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on August 25, 2005

Motion/Pleadings: Petition pursuant to *Audita Querelo* or in alternative Writ under the All Writs Act 28 U.S.C. 1651(a)(b)

Filed by Defendant on 8/22/2005 Doc.# 354

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

___ Stipulated    ___ Joint Pldg.
___ Unopposed    ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)    Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* **25th** *day of* **August** *, 2005, that:*

*(a) The relief requested is DENIED.*

*(b) See order at doc. 352.*

/s/ *Roger Vinson*

**ROGER VINSON**
**United States District Judge**