**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                  CASE NO.  3:96cr57-03/RV

CHARLES RANDALL HARRISON

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on October 27, 2005

Motion/Pleadings: Motion for reconsideration of Court Order (doc. 359) denying defendant's Motion to dismiss due to lack of jurisdiction

Filed by Defendant on 10/27/2005  Doc.# 362

RESPONSES:

                                              on                 Doc.#
                                              on                 Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                s/Jerry Marbut

LC (1 OR 2)             Deputy Clerk: Jerry Marbut

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* 28th *day of* October *, 2005, that:*

*(a) The relief requested is DENIED.*

*(b)* Jurisdiction is not in question in this case.

                                                  /s/ *Roger Vinson*
                                                  **ROGER VINSON**
                                          **Senior United States District Judge**