# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:96cr57-03/RV

CHARLES RANDALL HARRISON

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   July 10, 2007

Motion/Pleadings:   MOTION for reconsideration and clarification

Filed by   Defendant (pro se)     on 6/18/2007     Doc.#   436

RESPONSES:

 None                                 on              Doc.#
                                      on              Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)    Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* 10th *day of* July *, 2007, that:*

*(a) The relief requested is DENIED.*

*(b)* ***Booker*** *has no effect on the defendant's sentence or this Court's jurisdiction.*

/s/ *Roger Vinson*

**ROGER VINSON**
*Senior United States District Judge*