UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS       Case No. 3:96CR57/RV/MD

CHARLES RANDALL HARRISON

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on October 10, 2008
Motion/Pleadings: MOTION TO STRIKE 9-24-08 ORDER
Filed by Defendant   on 10/9/2008   Doc.# 478
RESPONSES:
                                on                Doc.#
                                on                Doc.#
____ Stipulated   ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 10th day of October, 2008, that:*
*(a) The relief requested is DENIED.*
*(b)*

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**