**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

        **v.**                           **Case No: 3:96cr57-03/RV**

**CHARLES RANDALL HARRISON**
_____/

## ORDER AND NOTICE

This matter is before the Court on Defendant's document submissions entitled "Petition for Post Settlement and Closure of the Account Under Public Policy, Affidavit of Specific Negative Averment" and "Fiduciary Responsibility to Discharge This Commercial Debt" along with an IRS Form 1099-A.  These documents have no relevance to the criminal case against the Defendant, which has long since concluded. Within the last four months, the Defendant has made several attempts to file other irrelevant documents into the record of this case.  The documents were deemed deficient by the Court and returned to the defendant without filing, noting also that the case is closed.

The Defendant in this case was found guilty by a jury of a multiple count drug conspiracy on November 7, 1996, and sentenced on January 23, 1997. The Defendant has pursued relief under 28 U.S.C. § 2255 at least three times, as well as motions for relief under 18 U.S.C. § 3582.   He pursued relief from judgment under Fed.R.Civ.P. 60(b), several times, which were denied.  He filed five separate appeals, all of which are now concluded.  Accordingly, there are no further matters pending in this case which would require, or allow, the filing of any evidentiary material.  The case is closed.

The Court will not accept any further documents from Defendant for filing in this criminal case and the Clerk is instructed to return any and all such future submissions without filing.  This ruling does not, however, preclude the Defendant from filing a new civil action for any legal claim he may wish to pursue.

DONE AND ORDERED  this 12th day of May, 2009.

                                  /s/ *Roger Vinson*
                                  **ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**